```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 11557
    CLEMMIE M WALKER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-1401


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 09/14/2006 and was confirmed 11/20/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/05/2009.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
SN SERVICING CORPORATION  CURRENT MORTG          .00             .00            .00
SN SERVICING CORPORATION  MORTGAGE ARRE          .00             .00            .00
ARONSON FURNITURE         SECURED            1386.00          109.91         117.00
COOK COUNTY TREASURER     SECURED            1300.00             .00            .00
EVERGREEN FINANCE CO      SECURED VEHIC      9990.00         1625.80         257.40
EVERGREEN FINANCE CO      UNSECURED        NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED            427.17            .00          21.18
CAPITAL ONE               UNSECURED           1496.75            .00         108.36
CB USA                    UNSECURED            400.88            .00          19.88
CHASE                     UNSECURED        NOT FILED             .00            .00
CRED PROTECTION ASSOCIAT  UNSECURED        NOT FILED             .00            .00
MEDICAL COLLECTION        UNSECURED        NOT FILED             .00            .00
SENEX SERVICES CORP       UNSECURED        NOT FILED             .00            .00
SENEX SERVICES CORP       UNSECURED        NOT FILED             .00            .00
SENEX SERVICES CORP       UNSECURED        NOT FILED             .00            .00
SENEX SERVICES CORP       UNSECURED        NOT FILED             .00            .00
ARONSON FURNITURE         UNSECURED           4620.92            .00         334.54
CITY OF CHICAGO PARKING   FILED LATE          1120.00            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        2,499.00                      2,499.00
TOM VAUGHN                TRUSTEE                                            349.97
DEBTOR REFUND             REFUND                                             136.96

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                        5,580.00

PRIORITY                                                     .00
SECURED                                                   374.40
    INTEREST                                            1,735.71
UNSECURED                                                 483.96

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 11557 CLEMMIE M WALKER
```

```
ADMINISTRATIVE                                              2,499.00
TRUSTEE COMPENSATION                                          349.97
DEBTOR REFUND                                                 136.96
                                       ---------------   ---------------
TOTALS                                        5,580.00          5,580.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
  Dated: 03/10/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE